UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Comerica Bank,

            Plaintiff(s),

v.                                      Case No. 2:07−cv−15163−AC−MKM
                                                Hon. Avern Cohn

Hassan Harajli, et al.,

            Defendant(s).

**NOTICE TO APPEAR**

You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  January 10, 2008 at 02:00 PM

**Certification**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                  By: s/ J. Owens
                                                        Case Manager

Dated:  December 10, 2007