UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK,

    Plaintiff/Counter Defendant,

v.

HASSAN HARAJLI,

    Defendant/Counter Plaintiff,

and

AHMED HARAJLI, MOOSE SCHEIB a/k/a
MUSTAPHA M. CHEAIB, JOHN A. CONTI,
HAKIM FAKHOURY, JAMES PARRELLY,
FULL MOON PETRO HOLDINGS, LLC, a
Michigan limited liability company, and JOHN
DOE 1 identified only as "Pete," jointly and severally,

    Defendants.

Case No. 2:07- cv- 15163

Hon. Avern Cohn
Mag. Judge Mona Majzoub

_____/

| MILLER, CANFIELD, PADDOCK AND STONE | LAW OFFICE OF CYRIL C. HALL, PC |
|---|---|
| Steven A. Roach (P-39555) | Cyril C. Hall (P-19121) |
| Todd A. Holleman (P-57699) | Attorney for Hassan Harajli |
| Attorneys for Comerica Bank | 149 Franklin Blvd. |
| 150 W. Jefferson Avenue, Suite 2500 | Pontiac, MI  48341 |
| Detroit, MI 48226 | (248) 333-7880 |
| (313) 963-6420 | |

ABBAS & ASSOCIATES, PC
Issam A. Abbas (P-64657)
Attorneys for Ahmed Harajli only
13119 W. Warren
Dearborn, MI 48126
(313) 581-9400

_____/

**STIPULATED ORDER OF DISMISSAL**

## STIPULATED ORDER OF DISMISSAL

At a session of said Court on this
21st day of May, 2008, in the
City of Detroit, County of Wayne, State of Michigan

PRESENT: HONORABLE AVERN COHN
District Judge

**WHEREAS**, Plaintiff/Counter-Defendant Comerica Bank, Defendant/Counter-Plaintiff Hassan Harajli and Defendant Ahmed Harajli have executed and entered into a Settlement Agreement, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that this action, including all counter-claims, is DISMISSED with prejudice and without costs to any party.

                                        s/Avern Cohn\_\_
                                        District Judge

**STIPULATED AND AGREED:**

\_\_\_s/Todd A. Holleman_____
Todd A. Holleman (P-57699)
MILLER, CANFIELD, PADDOCK AND STONE
Attorneys for Comerica Bank
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
(313) 963-6420

\_\_s/ with consent of Cyril C. Hall\_\_\_
Cyril C. Hall (P-19121)
LAW OFFICE OF CYRIL C. HALL, PC
Attorney for Hassan Harajli
149 Franklin Blvd.
Pontiac, MI 48341
(248) 333-7880

\_\_\_s/ with consent of Issam A. Abbas\_
Issam A. Abbas (P-64657)
ABBAS & ASSOCIATES, PC
Attorneys for Ahmed Harajli only
13119 W. Warren
Dearborn, MI 48126
(313) 581-9400